IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD OBENAUF,

    Plaintiff,

v.                                                                       CV-11-904 ACT/DJS

NORTHLAND GROUP, INC.,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Richard Obenauf and Defendant Northland Group, Inc. provide notice to the Court that this lawsuit has been resolved via settlement. The Parties expect to submit dismissal pleadings within the next 30 days.

Respectfully submitted,

TREINEN LAW OFFICE, Attorneys for Plaintiff

*/s/ Rob Treinen*

ROB TREINEN
500 Tijeras Ave NW
Albuquerque, New Mexico 87102
(505) 247-1980
(505) 843-7129 (fax)

THOMASON LAW FIRM PC, Attorneys for Defendant

*Approved by email dated 1/20/12*

_____
BRYAN W. THOMASON
111 Lomas Blvd. NW, Suite 502
Albuquerque New Mexico 87102
(505) 265-9630
(505) 265-9601 (fax)