IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD OBENAUF,

                Plaintiff,

v.                                        NO. 1:11-CV-00904-ACT-RHS

NORTHLAND GROUP, INC.,

                Defendant.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Comes now Plaintiff Richard Obenauf and Defendant Northland Group, Inc., by and through their counsel, to stipulate and agree that the above-captioned matter has been amicably resolved and that the matter should be Dismissed with Prejudice, each party to bear its own costs and attorneys' fees.

**TREINEN LAW OFFICE**


_Approved via e-mail dated 02/08/2012_
ROB TREINEN
500 Tijeras Ave. NW
Albuquerque, NM  87102
Telephone: (505) 247-1980
Facsimile:   (505) 843-7129
Attorneys for Plaintiff

**THOMASON LAW FIRM, P.C.**


/s/ Bryan W. Thomason
BRYAN W. THOMASON
111 Lomas Blvd. NW, Ste. 502
Albuquerque, NM  87102
Telephone: (505) 265-9630
Facsimile:   (505) 265-9601
Attorneys for Defendant